UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ZENAIDA BAUTISTA JUANILLO, et al., <br><br> Defendant(s). | No. C 09-2906 PJH (BZ) <br><br> **ORDER SCHEDULING DEFAULT JUDGMENT HEARING** |

It is **HEREBY ORDERED** that a hearing on plaintiffs' application for default judgment is scheduled for **Wednesday, December 2, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. *See* 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F. Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)). The public website https://www.dmdc.osd.mil/scra/owa/home will provide the

1

current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.

Plaintiff should be prepared to prove its damages by competent testimony or other admissible evidence.  Plaintiff should note that to award statutory damages under 47 U.S.C. §§ 605 and 553, the court must determine whether the violation was willful, for financial gain, or repeated.  If plaintiff intends to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which he or she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if defendant contests the validity or amount of plaintiff's claim.  Seven days before the hearing, on **Wednesday, November 25, 2009**, plaintiff shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated:  October 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\J & J SPORTS PROD. V JUANILLO\ORDER SCHEDULING DEF. JUD. HEARING.wpd

2